# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**STEVEN ELLIS**                                                       **PETITIONER**

**VS.**                 **CASE NO. 5:10CV00214 SWW**

**RAY HOBBS, Director of the**
**Arkansas Department of Correction**                       **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 22nd day of November, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE